# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
MARILYN HERNANDEZ,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, CHRISTOPHER BODDY,
and JOHN DOES #1-4,

                              Defendants.
------------------------------------------------------------------------x

Index No. # 157343/2021

Law Dep't No.: 2021-001876

**CONSENT TO REMOVAL**

**CHRISTOPHER BODDY**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case. However, I was not served with the summons and complaint in the above-captioned.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

           September 13, 2021

                                                                    _____
                                                                       **Christopher Boddy**